AO 451 (Rev. 01/09; DC 4/10) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ENERGOINVEST DD ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 03-cv-1314-RJL |
| DEMOCRATIC REPUBLIC OF CONGO, and SOCIETE NATIONALE E'ELETRICITE (S.N.E.L.) ) | |
| *Defendant* ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 09/20/2004.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 09/17/2021

*ANGELA D. CAESAR, CLERK OF COURT*

Juleon P. Brown
Digitally signed by Juleon P. Brown
Date: 2021.09.17 15:58:00 -04'00'

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENERGOINVEST DD, )
)
     **Plaintiff,** )
)
     v. ) Civ. No. 03-1314 (RJL)
)
DEMOCRATIC REPUBLIC OF CONGO, )
and SOCIETE NATIONALE )
E'ELETRICITE (S.N.E.L.), )
)
     **Defendants.** )

## JUDGMENT AND ORDER

For the reasons set forth in the accompanying Memorandum Opinion and pursuant to Fed. R. Civ. P. 58, it is this 19th day of September, 2004, hereby

**ORDERED** that the plaintiff's motion for default judgment is **GRANTED**; and it is further

**ORDERED** and **ADJUDGED** that the award to Energoinvest DD, rendered on April 20, 2003, be confirmed under 9 U.S.C. § 201 et seq.; and it is further

**ORDERED** and **ADJUDGED** that judgment is entered against the Democratic Republic of Congo and Societe Nationale D'Electricite, jointly and severally, and in favor of Energoinvest DD, in the amount of: (1) $11,725,844.96 plus interest at an annual rate of 9% on the sum of $11,179.266.36, to be calculated based on the amount of each overdue installment payment included in said sum, starting on the respective due date and

up to the date of full payment; (2) interest at an annual rate of 5% on the sum of $546,578.60, starting on March 4, 2001 and up to the date of full payment; and (3) costs in the amount of $25,000 for International Court of Arbitration's administrative costs, $220,900 for the fees of arbitrators, and $168,000 as reimbursement for Energoinvest DD's defense, as provided for in the Award of the International Court of Arbitration.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FG HEMISPHERE,

        Plaintiff,

v.

DEMOCRATIC REPUBLIC OF CONGO,
SOCIETE NATIONALE D'ELECTRICITE

        Defendants.

Civil Action Nos. 03-1314 and 03-1315

**FILED**

DEC 21 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Before this Court is plaintiff's motion to revive its two judgments obtained against the defendants: the September 19, 2004 judgment in the amount of "(1) $11,725,844.96 plus interest at an annual rate of 9% on the sum of $11,179,266.36, to be calculated based on the amount of each overdue installment payment included in said sum, starting on the respective due date and up to the date of full payment; (2) interest at an annual rate of 5% on the sum of $546,578.60, starting on March 4, 2001 and up to the date of full payment; and (3) costs in the amount of $25,000 for International Court of Arbitration's administrative costs, $220,900 for the fees of arbitrators, and $168,000 as reimbursement for Energoinvest DD's defense"; and the January 31, 2005 judgment in the amount of "(1) $18,430,555.47 plus interest at an annual rate of 8.75% on the sum of $18,073,746.94, to be calculated based on the amount of each overdue installment payment included in said sum, starting on the respective due date and up to the date of full payment; (2) interest at an annual rate of 5% on the sum of $356,808.52, starting on March 4,

2001 and up to the date of full payment; and (3) costs in the amount of $25,000 for International Court of Arbitration's administrative costs, $215,880 for the fees of arbitrators, and $168,000 as reimbursement for FG Hemisphere Associates, LLC's defense."

The Court having considered the Motion, the Declaration of Peter Grossman, and all attached exhibits, finds that the judgments may be revived for a further period of 12 years pursuant to D.C. Code §§ 15-101, 103.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's motion to revive the judgments for a further period of 12 years is **GRANTED**.

**IT IS SO ORDERED.**

Dated: 12/19, 2015

By: 
Richard J. Leon
United States District Court Judge

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK